
UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF P. NEWMAN,<br><br>        Plaintiff,<br>  vs.<br><br>J. POQUETTE,<br><br>        Defendant.<br>_____ | Case No. CV 11-3866 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither Plaintiff or Defendant filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the motion to dismiss Plaintiff's right to privacy claim and for compensatory damages and granting the motion to dismiss as to the remaining claims.

DATE: February 15, 2012          _____
                                        HON. OTIS D. WRIGHT
                                        UNITED STATES DISTRICT JUDGE