IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEOFF P. NEWMAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. POQUETTE,**<br><br>　　　　　　　　　　Defendant. | Case No. CV 11-3866 ODW (MRW)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: July 12, 2012　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　The Honorable Otis D. Wright II

LA2011503280
10922063.doc

1